1  Angela M. Powell (State Bar No. 191876)
   amp@manningllp.com
2  Catherine Cranford (State Bar No. 318879)
   cyc@manningllp.com
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendant, TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN RETAMOSA III, | Case No. |
| Plaintiff, | (State Court Case No. 19STCV16929) |
| vs. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)] (DIVERSITY); DECLARATION OF CATHERINE A. CRANFORD** |
| TARGET CORPORATION, and DOES 1 to 10 inclusive, | |
| Defendant(s). | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant TARGET CORPORATION (hereinafter, "Target") hereby removes to this Court the state court action described below.

1.  On May 15, 2019, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled JOHN RETAMOSA III vs. TARGET CORPORATION, and DOES 1 to 10 inclusive, Defendants, as Case Number 19STCV1692 (the "Action"). A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2.  Target accepted service of said Complaint on June 7, 2019. A true and

correct copy of the Service of Process Transmittal is attached hereto as Exhibit "B." Target filed an Answer to Plaintiff's Complaint on July 2, 2019. A true and correct copy of Target's Answer to Plaintiff's Complaint is attached hereto as Exhibit "C."

3. Target is informed and believes that Plaintiff was, at the time he filed the Action and still is, a citizen of the State of California.

4. Aggregating all of the damages that Plaintiff seeks, the amount in controversy exceeds the jurisdictional minimum of $75,000. The amount in controversy exceeded $75,000 as Plaintiff allegedly sustained a fractured elbow as a result of the subject incident.

5. This removal is filed within thirty (30) days of service of Plaintiff's Complaint.

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. Target Corporation was, at the time of the filing of this action, and still is, a citizen of the State of Minnesota, incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota. Both the California Secretary of State and Minnesota Secretary of State identify Target Corporation as a Minnesota Corporation with its principle address at 1000 Nicollet Mall, Minneapolis, Minnesota 55403 on their respective websites. True and correct copies of search results for Target Corporation on those websites are attached hereto as Exhibit "D."

8. Target Corporation is the only named defendant; the other defendants in this action are fictitiously named, designated as DOES 1 to 10, and their citizenship shall not be considered in determining diversity jurisdiction. 28 U.S.C. §1441(b).

9.      This Notice of Removal is filed with this Court within 30 days of service of Plaintiff's Complaint was served on June 7, 2019. Therefore, this removal is timely as required by 28 U.S.C. §1446(b) which specifically provides, "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C.§ 1446 (b).

10.     Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders sent to and received by Target in the State Court action are attached hereto.

DATED: July 2, 2019

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:  */s/ Catherine A. Cranford*
Angela M. Powell
Catherine A. Cranford
Attorneys for Defendant,
TARGET CORPORATION

3

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)] (DIVERSITY); DECLARATION OF CATHERINE A. CRANFORD

## DECLARATION OF CATHERINE A. CRANFORD

I, CATHERINE A. CRANFORD, declare as follows:

1. I am an attorney at law duly licensed to practice in the courts of the State of California and am an associate in the firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for defendant TARGET CORPORATION (hereinafter "Target") herein. I have personal knowledge of the matters stated herein and, if called upon to testify as a witness, I could and would competently so testify.

2. On May 15, 2019, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled JOHN RETAMOSA III vs. TARGET CORPORATION, and DOES 1 to 10 inclusive, Defendants, as Case Number 19STCV1692 (the "Action"). A true and correct copy of the Complaint is attached hereto as Exhibit "A."

3. Target accepted service of said Complaint on June 7, 2019. A true and correct copy of the Service of Process Transmittal is attached hereto as Exhibit "B." Target filed an Answer to Plaintiff's Complaint on July 2, 2019. A true and correct copy of Target's Answer to Plaintiff's Complaint is attached hereto as Exhibit "C."

4. Target is informed and believes that Plaintiff was, at the time he filed the Action and still is, a citizen of the State of California.

5. Aggregating all of the damages that Plaintiff seeks, the amount in controversy exceeds the jurisdictional minimum of $75,000. The amount in controversy exceeded $75,000 as Plaintiff allegedly sustained a fractured elbow as a result of the subject incident.

6. This removal is filed within thirty (30) days of service of Plaintiff's Complaint.

7. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action

between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. Target Corporation was, at the time of the filing of this action, and still is, a citizen of the State of Minnesota, incorporated under the laws of the State of Minnesota, with its principal place of business in the State of Minnesota. Both the California Secretary of State and Minnesota Secretary of State identify Target Corporation as a Minnesota Corporation with its principle address at 1000 Nicollet Mall, Minneapolis, Minnesota 55403 on their respective websites. True and correct copies of search results for Target Corporation on those websites are attached hereto as Exhibit "D."

9. Target Corporation is the only named defendant; the other defendants in this action are fictitiously named, designated as DOES 1 to 10, and their citizenship shall not be considered in determining diversity jurisdiction. 28 U.S.C. §1441(b).

10. This Notice of Removal is filed with this Court within 30 days of service of Plaintiff's Complaint was served on June 7, 2019. Therefore, this removal is timely as required by 28 U.S.C. §1446(b) which specifically provides, "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C.§ 1446 (b).

///
///
///
///
///

4849-8722-2904.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)] (DIVERSITY); DECLARATION OF CATHERINE A. CRANFORD

11.     Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders sent to and received by Target in the State Court action are attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 2nd day of July, 2019, at Los Angeles, California.

*/s/ Catherine Cranford*

Catherine A. Cranford, Declarant

4849-8722-2904.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)] (DIVERSITY); DECLARATION OF CATHERINE A. CRANFORD